R. D. CHOQUETTE AND JOSEPHINE CHOQUETTE, HIS WIFE, Appellants, v. E. E. DODGE, Appellee.

Opinion Filed July 27, 1920.

Petition for Rehearing Denied October 19, 1920.

An Appeal from the Circuit Court for Dade County; H. Pierre Branning, Judge.

*Price & Price* and *Hudson, Wolfe & Cason,* for Appellants;

*R. H. Seymour* and *A. D. Penney,* for Appellee.

PER CURIAM.—It appears that one Hall and wife conveyed an undivided one-half interest in their homestead real estate to one Armstrong, who, with his family, lived with Hall and his family on the place. By alleged at-

tachment proceedings against Armstrong a lien was attempted to be placed on Armstrong's interest in the property, and after a sale under execution of Armstrong's one-half interest to Dodge, he brought suit for partition against Choquette and wife, Armstrong and wife having reconveyed their interest to Hall, who conveyed the property to Choquette. Partition was decreed and an appeal taken.

Independent of the question of fraud in the conveyance of a one-half interest to Armstrong and of the asserted failure of consideration for such conveyance, "all of which was well known to the complainant," it is clear that the property was the homestead of Hall or of Hall and Armstrong, and that it was exempt from the asserted lien and execution sale under judicial process. As the asserted process lien and sale did not affect the homestead rights, the sale of the homestead by the owners could not give effect to an attempted lien and subsequent execution sale that were never effective.

Decree reversed.

TAYLOR, WHITFIELD, ELLIS AND WEST, J. J., concur.

BROWNE, C. J., not participating.